UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**WILLIAM MILLER**

    Plaintiff,

V.                                     **Civil Action No.: 2:18-cv-00412**
                                                **Judge: Hon. John Copenhaver**

**LINCOLN COUNTY COMMISSION** *et al.*,

    Defendants.

## NOTICE OF DEPOSITION OF PLAINTIFF WILLIAM MILLER

PLEASE TAKE NOTICE that the Defendant Alan Ashworth, by and through counsel, Michael D. Mullins, Colton C. Parsons, and the law firm of Steptoe & Johnson, PLLC, will, on August 7, 2018, at 9:00 a.m., take the deposition of Plaintiff William Miller, pursuant to Rule 30 of the West Virginia Rules of Civil Procedure. The deposition will be held at the Salem Correctional Center, 7 Industrial Boulevard, Industrial, WV 26426 and will be recorded by sound, sound and visual, stenographic means, and/or by written questions, before a Notary Public who is not of counsel nor interested in this cause in accordance with the West Virginia Rules of Civil Procedure, at which time and place you are invited to protect your interests. The deposition will continue from day to day until such time as it is complete.

                                                **ALAN ASHWORTH,**
                                                **By Counsel:**

                                                /s/ Colton C. Parsons
                                                Michael D. Mullins (WVSB # 7754)
                                                Colton C. Parsons (WVSB # 13243)
**STEPTOE & JOHNSON PLLC**              P. O. Box 1588
        Of Counsel                            Charleston, WV 25326-1588
                                                Telephone (304)-353-8000
                                                Facsimile (304)-353-8180
                                                michael.mullins@steptoe-johnson.com
                                                colton.parsons@steptoe-johnson.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**WILLIAM MILLER**

    **Plaintiff,**

**V.**                                             **Civil Action No.: 2:18-cv-00412**
                                               **Judge: Hon. John Copenhaver**

**LINCOLN COUNTY
COMMISSION *et al*.,**

    **Defendants.+**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 1st day of August, 2018, I filed the Certificate of Service to **"Notice of Deposition of Plaintiff William Miller"** with the Clerk of Court by using the CM/ECF system. In addition, I placed a true and exact copy thereof in the regular course of the United States Mail, postage prepaid, in an envelope addressed to the following:

| | |
|---|---|
| Joseph Howard Spano, Jr.<br>Pritt and Spano<br>Suite 204 714-1/2 Lee Street East<br>Charleston, WV 25301<br>*Counsel for Plaintiff* | Jennifer E. Tully<br>Bailey & Wyant<br>P.O. Box 3710<br>Charleston, WV 25337<br>*Counsel for Town of Hamlin* |
| Wendy E. Greve<br>Drannon Adkins<br>Pullin, Fowler, Flanagan, Brown and Poe, PLLC<br>901 Quarrier Street<br>Charleston, WV 25301<br>*Counsel for Lincoln County Commission, Sheriff Gary Linville, Deputy Rex Clark, and Deputy Anthony Adkins* | James C. Stebbins<br>Lewis Glasser, PLLC<br>P.O. Box 1746<br>Charleston, WV 25326<br>*Counsel for Zac Sowards* |

                                                   /s/ Colton C. Parsons
                                                   Michael D. Mullins (WVSB #7754)
                                                   Colton C. Parsons (WVSB #13243)
**STEPTOE & JOHNSON PLLC**            P. O. Box 1588
    Of Counsel                                   Charleston, WV 25326-1588
                                                   Telephone (304)-353-8000
                                                   Facsimile (304)-353-8180
                                                   michael.mullins@steptoe-johnson.com