IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**WILLIAM MILLER,**

    **Plaintiff,**

v.                                                     CIVIL ACTION NO.: 2:18-cv-00412
                                                       HONORABLE JOHN T.
                                                       COPENHAVER, JR.

**LINCOLN COUNTY COMMISSION, d/b/a
LINCOLN COUNTY SHERIFF'S
DEPARTMENT; GARY LINVILLE.
Sheriff; REX CLARK, Chief Deputy;
ANTHONY ADKINS, Deputy; DEPUTY
ZAC SOWARD, individually and in their
official capacities, TOWN OF HAMLIN,
and ALAN ASHWORTH, Office,
individually and in his official capacity
as a Hamlin Police Officer,**

    **Defendants.**

**AGREED ORDER DISMISSING CLAIMS AGAINST COUNTY DEFENDANTS**

    **COME NOW** the Plaintiff, William Miller, by counsel, Joseph H. Spano, Jr. and the law firm of Pritt & Spano, PLLC; the Lincoln County Commission d/b/a Lincoln County Sheriff's Department, Sheriff Gary Linville, Chief Deputy Rex Clark, and Deputy Anthony Adkins, by counsel, Wendy E. Greve, Drannon L. Adkins, and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC; and Zac Soward, by counsel, James C. Stebbins and the law firm of Lewis Glasser, PLLC, and hereby represent to the Court that all matters in controversy between these parties have been fully settled and compromised and that the parties hereto move the Court to dismiss the claims against the County Defendants from the Court's docket with prejudice.

1

The Court hearing no objection and perceiving of none, hereby **ORDERS** that this civil action be **DISMISSED**, with prejudice, against the County Defendants.

The Clerk is directed to send certified copies of this Order to all counsel of record.

ENTERED THIS _____ DAY OF _____, 2018.

_____
HONORABLE JOHN T. COPENHAVER, JR.

PREPARED BY:

*/s/ Drannon L. Adkins*
Wendy E. Greve (WV State Bar No. 6599)
Drannon L. Adkins (WV State Bar No. 11384)
PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC
JamesMark Building
901 Quarrier Street
Charleston, WV 25301
*Counsel for Defendants Lincoln County Commission,*
*Sheriff Gary Linville, Chief Deputy Rex Clark, and*
*Deputy Anthony Adkins*


AGREED TO BY:

*/s/ Joseph H. Spano, Jr.*
Joseph H. Spano, Jr. (WV State Bar No. 11373)
Pritt & Spano, PLLC
714 1/2 Lee Street, East Suite 204
Charleston, WV 25301
*Counsel for Plaintiff*


*/s/ James C. Stebbins*
James C. Stebbins, (WV State Bar No. 6674)
Lewis Glasser, PLLC
PO Box 1746
Charleston, WV 25326
*Counsel for Defendant Zac Soward*